CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT to be served via first-class mail, postage prepaid, on the following:

DOUGLAS & LONDON, P.C.
Michael A. London
111 John Street, Suite 1400
New York, NY 10038

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on August 8, 2007

/s/
Sarah A. Binder